ORIGINAL

FILED
DEC 2 9 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

UNITED KEETOOWAH BAND OF CHEROKEE INDIANS IN OKLAHOMA )

v. )

UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF THE INTERIOR, DIRK KEMPTHORNE, Secretary of the United States Department of the Interior, UNITED STATES DEPARTMENT OF THE TREASURY, HENRY M. PAULSON, JR., Secretary of the United States Department of the Treasury )

No. 06-936 L

## DISCLOSURE STATEMENT

Pursuant to Rule RCFC 7.1, United Keetoowah Band of Cherokee Indians of Oklahoma ("United Keetoowah") states that they do not have any parent corporation and no publicly held corporation owns ten percent (10%) or more of United Keetoowah's stock.

Dated this 27th day of December 2006.

Steven W. Bugg
James C. McMillin
Michael D. McClintock
McAfee & Taft A Professional Corporation
Tenth Floor, Two Leadership Square
211 North Robinson
Oklahoma City, Oklahoma 73102-7103
Telephone: (405) 235-9621
Facsimile: (405) 235-0439

**ATTORNEYS FOR PLAINTIFF UNITED KEETOOWAH BAND OF CHEROKEE INDIANS IN OKLAHOMA**