# In the United States Court of Federal Claims

No. 06-936L

(Filed: February 23, 2007)

| | |
|---|---|
| ****************************************** | * |
| | * |
| UNITED KEETOWAH BAND OF | * |
| CHEROKEE INDIANS IN OKLAHOMA, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ****************************************** | * |

ORDER

On February 22, 2007, Defendant filed with the Court an unopposed motion for a temporary stay of proceedings to allow the parties to pursue settlement discussions in this and other related cases. For good cause shown, Defendant's motion is GRANTED and the deadline for Defendant's answer is suspended. The parties shall submit a joint status report on or before June 27, 2007. If at that time, the parties have not reached settlement, they shall provide the Court a proposed schedule for resuming proceedings.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge