# In the United States Court of Federal Claims

No. 06-936L

(Filed: February 22, 2008)

****************************************** *
*
UNITED KEETOWAH BAND OF *
CHEROKEE INDIANS IN OKLAHOMA, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
****************************************** *

ORDER

On February 21, 2008, the parties filed a joint motion requesting an extension of the temporary stay of proceedings until April 30, 2008. For good cause shown, the motion is GRANTED and the deadline for Defendant's answer is suspended. If the parties have not reached a settlement when this stay expires, they shall submit a joint status report and provide a proposed schedule for resuming proceedings. Additionally, the Court will hold a telephonic status conference with counsel for the parties on May 2, 2008 at 10:00 AM to discuss how the parties wish to proceed.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge