IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED KEETOOWAH BAND OF CHEROKEE INDIANS IN OKLAHOMA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 06-cv-00936L<br>Judge Thomas C. Wheeler |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**MOTION FOR LEAVE TO SUBSTITUTE ATTORNEY OF RECORD FOR UNITED KEETOOWAH BAND OF CHEROKEE INDIANS IN OKLAHOMA**

Pursuant to Rule 83.1(c)(1)(4) of the Rules of the United States Court of Federal Claims ("RCFC"), the plaintiff respectfully requests leave to substitute its attorney of record, as follows:

1. Plaintiff requests leave to substitute James C. McMillin of McAfee & Taft A Professional Corporation as its attorney of record in place of Steven W. Bugg of McAfee & Taft A Professional Corporation.

2. James C. McMillin is a member of the Federal Claims Court Bar, he is familiar with the rules of this court, and he is qualified and familiar with CM/ECF Electronic Case filing in this court. McMillin is counsel of record for Plaintiff in a companion case in the United States Court for the Eastern District of Oklahoma, United Keetowah Band of Cherokee Indians v. Kempthorne, No. 06-cv-00559-RAW (E.D. Okla.).

3. The affidavit of James C. McMillin is attached hereto as Exhibit 1.

4. The current counsel of record has no objection to this motion. The affidavit of Steven W. Bugg is attached hereto as Exhibit 2.

WHEREFORE, the Plaintiff respectfully requests leave of Court to substitute James C. McMillin as its counsel of record.

Respectfully submitted this 1st day of May, 2008.

*s/James C. McMillin*
JAMES C. MCMILLIN
Michael D. McClintock
McAfee & Taft
A Professional Corporation
10th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102-7103
Telephone: (405) 235-9621
Facsimile: (405) 235-0439

*Attorneys for United Keetoowah Band of Cherokee Indians In Oklahoma*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of May 2008, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Martin James LaLonde
martin.lalonde@usdoj.gov

Ronald J. Tenpas
ronald.tenpas@usdoj.gov

James M. Upton
james.upton@usdoj.gov

Anthony P. Hoang
Anthony.hoang@usdoj.gov