IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**EXHIBIT 1**

UNITED KEETOOWAH BAND OF CHEROKEE INDIANS IN OKLAHOMA, )
)
Plaintiff, )
)
v. ) Case No. 06-cv-00936L
) Judge Thomas C. Wheeler
THE UNITED STATES OF AMERICA, )
)
Defendant.

**AFFIDAVIT OF JAMES C. MCMILLIN**

I James C. McMillin, being duly qualified to make this affidavit, state as follows:

1. I am an attorney with the firm McAfee and Taft, and I am one of counsel for Plaintiff, United Keetoowah Band of Cherokee Indians in Oklahoma in the above-styled action.

2. On behalf of Plaintiff, I have filed Leave for Motion to Substitute myself as Counsel of Record for Plaintiff in lieu of Steven W. Bugg who is also with the firm McAfee & Taft.

3. I am admitted to practice in this court, familiar with the court rules and authorized to file through the CM/ECF filing system for this court.

FURTHER, AFFIANT SAYETH NOT.

James C. McMillin

James C. McMillin, OBA #17206

Subscribed and sworn to by me this 1st day of May, 2008.

Ginger Schones

NOTARY PUBLIC

My commission # ____________ expires ________________.

NOTARY SEAL PUBLIC
GINGER SCHONES
Notary Public
State of Oklahoma
Commission # 02015362 Expires 10/16/10

3328300_1.DOC