IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**EXHIBIT 2**

UNITED KEETOOWAH BAND OF CHEROKEE INDIANS IN OKLAHOMA, )
Plaintiff, )
v. ) Case No. 06-cv-00936L
) Judge Thomas C. Wheeler
THE UNITED STATES OF AMERICA, )
Defendant. )

**AFFIDAVIT OF STEVEN W. BUGG**

I Steven W. Bugg, being duly qualified to make this affidavit, state as follows:

1. I am an attorney with the firm McAfee and Taft, and I am one of counsel for Plaintiff, United Keetoowah Band of Cherokee Indians in Oklahoma in the above-styled action.

2. I am currently listed as Counsel of Record for Plaintiff, and I have no objection to the Leave for Motion to Substitute James C. McMillin as Counsel of Record for Plaintiff in this action.

FURTHER, AFFIANT SAYETH NOT.

Steven W. Bugg
Steven W. Bugg

Subscribed and sworn to by me this 1st day of May, 2008.

Ginger Schones
NOTARY PUBLIC

My commission # ____________ expires ________________.

GINGER SCHONES
Notary Public
State of Oklahoma
Commission # 02015362 Expires 10/16/10
NOTARY SEAL PUBLIC

3328305_1.DOC