# In the United States Court of Federal Claims

No. 06-936L

(Filed: May 2, 2008)

```
****************************************** *
                                           *
UNITED KEETOWAH BAND OF                    *
CHEROKEE INDIANS IN OKLAHOMA,              *
                                           *
                    Plaintiff,             *
                                           *
 v.                                        *
                                           *
THE UNITED STATES,                         *
                                           *
                    Defendant.             *
                                           *
****************************************** *
```

ORDER

On May 2, 2008, the Court conducted a telephonic status conference with counsel for the parties to discuss the status of the case and how the parties wish to proceed. With the agreement of counsel, the Court extends the temporary stay for 60 days and directs the following:

1. On or before June 3, 2008, Defendant shall determine whether it contends that this Court lacks jurisdiction as a result of 28 U.S.C. § 1500, and file either a motion to dismiss for lack of jurisdiction or a notification advising the Court shall why 28 U.S.C. § 1500 is not a jurisdictional bar in the present case.

2. Counsel for the parties shall submit a joint status report on or before July 2, 2008 apprising the Court of the parties' progress toward resolving the issues in this case. If the parties have not reached a settlement when this stay expires, they shall submit a joint status report and provide a justification for continuing the stay or a proposed schedule for resuming proceedings.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge