**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **UNITED KEETOOWAH BAND OF CHEROKEE INDIANS IN OKLAHOMA,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 06-936 L** |
| **v.** | ) | **Judge Thomas J. Wheeler** |
| **UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S NOTICE OF FILING ITS RESPONSE TO COURT'S INQUIRY CONCERNING THE GOVERNMENT'S POTENTIAL ASSERTION OF A JURISDICTIONAL DEFENSE BASED UPON 28 U.S.C. § 1500**

Pursuant to the Court's directive to the Defendant during the course of the May 2, 2008 telephone status conference in this case, Defendant hereby submits this notice of filing of its response to the Court's inquiry as to whether the Defendant intends to assert the jurisdictional defense of 28 U.S.C.§ 1500 - - which response the Court directed be submitted within 30 days of May 2, 2008. Defendant has carefully considered the possibility of filing a jurisdictional defense specifically because it implicates the Court's jurisdiction. E.g., Tohono O 'odham Nation v. United States, 79 Fed. Cl. 645, 647 (2007) (§ 1500 divests the CFC of jurisdiction to consider claims where the same claims are pending in another court). Defendant has concluded it should file a motion to dismiss under Section 1500.

In support of the filing of said motion, Defendant requests 45 days of limited discovery into information Plaintiff and other parties might have on the time of filing of the Eastern District of Oklahoma case (United Keetoowah Band of Cherokee Indians in Oklahoma v. United States, No. CIV 06-559-RAW) See e. g., Ak-Chin Indian Community v. United States, No. 06-

932 L, Order of May 30, 2007), Paragraph No. 2). Defendant would propose to file its motion within 30 days of receipt of all of Plaintiff's responses to the discovery request or the lapse of 45 days, whichever is earlier.

Dated this 30th day of May, 2008.

Respectfully submitted,

*/s/ James M. Upton*

JAMES M. UPTON
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Ph.: (202) 305-0482
Fax: (202) 353-2021
E-mail: james.upton@usdoj.gov

Attorney for Defendant

OF COUNSEL:

Tom Bartman, Esq.
Office of the Solicitor
U.S. Department of the Interior
Washington, D.C. 20240

Teresa Dawson, Esq.
Office of Chief Counsel
Financial Management Services
U.S. department of the Treasury
Washington, D.C. 20277

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2008, I electronically transmitted the foregoing **Defendant's Notice of Filing its Response to the Court's Inquiry Concerning the Government's Assertion of a Potential Jurisdictional Defense Based Upon 28 U.S.C. § 1500** to the Clerk of the Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the plaintiff's counsel (who are ECF registrants) at the following address:

James C. McMillin, Esq.
Tamara Schiffner Pullin, Esq.
McAfee & Taft
10th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, Oklahoma 73102-7103

*/s/ james M. Upton*
James M. Upton