# In the United States Court of Federal Claims

No. 06-936L

(Filed: June 2, 2008)

****************************************** *
*
UNITED KEETOWAH BAND OF *
CHEROKEE INDIANS IN OKLAHOMA, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
****************************************** *

ORDER

On May 2, 2008, the Court directed Defendant to determine whether this Court lacked jurisdiction as a result of 28 U.S.C. § 1500, and file either a motion to dismiss for lack of jurisdiction or a notification advising the Court shall why 28 U.S.C. § 1500 is not a jurisdictional bar in the present case. On May 30, 2008, Defendant filed a notice stating that it "should file a motion to dismiss under Section 1500." Defendant requested 45 days of limited discovery and proposed that it file its motion within 30 days of receipt of all of Plaintiff's responses to the discovery request or the lapse of 45 days, whichever is earlier. For good cause shown, Defendant's request is GRANTED, and Defendant is directed to file its jurisdictional motion on or before July 18, 2008.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge