**Pullin, Tamara**

**EXHIBIT A**

**From:** Hinkle, Donna
**Sent:** Friday, December 29, 2006 12:01 PM
**To:** McMillin, James C.; McClintock, Michael; Brown, Vanessa
**Subject:** UKB/USA

I just confirmed that the US Court of Federal Claims has received our fed ex filing today.

*Donna Hinkle*
Litigation Paralegal
211 N. Robinson 10th Floor
MCAFEE & TAFT
A PROFESSIONAL CORPORATION
Oklahoma City, Oklahoma 73102
Direct Dial: (405) 228-7655
Direct Fax: (405) 228-7355
donna.hinkle@mcafeetaft.com

- **Caution:** Message contents may be subject to attorney-client privilege and/or the litigation work product doctrine. This message is intended solely for the addressee(s) identified above.