**Pullin, Tamara**

**EXHIBIT "B"**

**From:** Hinkle, Donna
**Sent:** Friday, December 29, 2006 9:30 AM
**To:** McMillin, James C.
**Subject:** RE: UKB

Is it the same case that we filed yesterday? Same defendants?

---

**From:** McMillin, James C.
**Sent:** Friday, December 29, 2006 9:29 AM
**To:** Hinkle, Donna
**Cc:** McClintock, Michael; Brown, Vanessa
**Subject:** RE: UKB

Yes, we willl be filing. Please get all the backup material together and ready to go.

---

**From:** Hinkle, Donna
**Sent:** Friday, December 29, 2006 9:19 AM
**To:** McMillin, James C.; McClintock, Michael; Brown, Vanessa
**Subject:** UKB

Are we filing another case in the Eastern District today? If so, please remember I need to get a courier service lined up to hand-deliver it and they must leave from here no later than 1 pm.

*Donna Hinkle*
Litigation Paralegal
211 N. Robinson 10th Floor
MCAFEE & TAFT
A PROFESSIONAL CORPORATION
Oklahoma City, Oklahoma 73102
Direct Dial: (405) 228-7655
Direct Fax: (405) 228-7355
donna.hinkle@mcafeetaft.com

- **Caution:** Message contents may be subject to attorney-client privilege and/or the litigation work product doctrine. This message is intended solely for the addressee(s) identified above.