**Pullin, Tamara** **EXHIBIT "C"**

**From:** Hinkle, Donna
**Sent:** Friday, December 29, 2006 9:54 AM
**To:** McClintock, Michael; Brown, Vanessa
**Subject:** UKB Complaint

Please make sure that the style and the complaint reflect the correct name of the UKB - United Keetoowah Band of Cherokee Indians In Oklahoma. The wrong name keeps getting copied over which states "of Oklahoma". Thanks

*Donna Hinkle*
**Litigation Paralegal**
**211 N. Robinson 10th Floor**
**MCAFEE & TAFT**
**A PROFESSIONAL CORPORATION**
**Oklahoma City, Oklahoma 73102**
**Direct Dial: (405) 228-7655**
**Direct Fax: (405) 228-7355**
**donna.hinkle@mcafeetaft.com**

- **Caution:** Message contents may be subject to attorney-client privilege and/or the litigation work product doctrine. This message is intended solely for the addressee(s) identified above.