**EXHIBIT "D"**

MAPQUEST.

**Sorry! When printing directly from the browser your directions or map may not print correctly. For best results, try clicking the Printer-Friendly button.**

START **211 N Robinson Ave**
Oklahoma City, OK 73102-7109

END **101 N 5th St**
Muskogee, OK 74401-6205

**Total Estimated Time:** 2.0 hours 14 minutes

**Total Estimated Distance:** 139.92 miles

**▼ Directions from A to B:**

| | | |
|---|---|---|
| START | **1:** Start out going SOUTH on N ROBINSON AVE toward PARK AVE. | 0.2 mi |
| | **2:** Stay STRAIGHT to go onto S ROBINSON AVE. | 0.3 mi |
| | **3:** Turn LEFT onto SW 3RD ST. | 0.1 mi |
| EAST 40 | **4:** Merge onto I-40 E toward I-35. | 114.3 mi |
| NORTH 69 | **5:** Merge onto US-69 N via EXIT 264B toward MUSKOGEE. | 23.2 mi |
| | **6:** Turn RIGHT onto W OKMULGEE AVE. | 1.5 mi |
| | **7:** Turn LEFT onto N 6TH ST. | 0.1 mi |
| | **8:** Turn RIGHT onto W BROADWAY ST. | 0.1 mi |
| | **9:** Turn SLIGHT RIGHT onto N 5TH ST. | 0.1 mi |
| END | **10:** End at 101 N 5th St Muskogee, OK 74401-6205 | |

Estimated Time: 2.0 hours 14 minutes Estimated Distance: 139.92 miles

**Total Estimated Time:** 2.0 hours 14 minutes **Total Estimated Distance:** 139.92 miles




Mobile | International | Toolbar | MapQuest API | Business Solutions | Advertise | Site Map | Help | Settings
About MapQuest | Blog | Privacy Policy | Terms of Use | ©2008 MapQuest, Inc. All rights reserved.

All rights reserved. Use subject to License/Copyright Map Legend
Directions and maps are informational only. We make no warranties on the accuracy of their content, road conditions or route usability or expeditiousness. You assume all risk of use. MapQuest and its suppliers shall not be liable to you for any loss or delay resulting from your use of MapQuest. Your use of MapQuest means you agree to our Terms of Use