**Pullin, Tamara**

**EXHIBIT "E"**

**From:** Hinkle, Donna
**Sent:** Friday, December 29, 2006 4:09 PM
**To:** McMillin, James C.; McClintock, Michael; Brown, Vanessa
**Subject:** UKB v. USA

I just confirmed that our complaint was filed in the Eastern District today. The courier did not call with the case number or judge information even though I called and requested it twice.

I can call the Court on Wednesday, since Monday and Tuesday they will be closed, and get the case number and Judge if the courier doesn't get back with me.

*Donna Hinkle*
Litigation Paralegal
211 N. Robinson 10th Floor
MCAFEE & TAFT
A PROFESSIONAL CORPORATION
Oklahoma City, Oklahoma 73102
Direct Dial: (405) 228-7655
Direct Fax: (405) 228-7355
donna.hinkle@mcafeetaft.com

- **Caution**: Message contents may be subject to attorney-client privilege and/or the litigation work product doctrine. This message is intended solely for the addressee(s) identified above.