# In the United States Court of Federal Claims

No. 06-936L

(Filed: August 27, 2008)

****************************************** *
*
UNITED KEETOWAH BAND OF *
CHEROKEE INDIANS IN OKLAHOMA, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
****************************************** *

ORDER

On August 25, 2008, Defendant filed with the Court an unopposed motion for a 20-day enlargement of time within which to respond to Plaintiff's response to Defendant's motion to dismiss for lack of subject matter jurisdiction under 25 U.S.C. § 1500. For good cause shown, Defendant's motion is GRANTED. Accordingly, Defendant's reply shall now be filed on or before September 16, 2008.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge