**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **UNITED BAND OF KEETOOWAH INDIANS IN OKLAHOMA,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 06-936 L** |
| | ) | **Judge Thomas C. Wheeler** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO FILE ITS REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION UNDER 25 U.S.C. § 1500**

Defendant hereby moves for an enlargement of time of twenty days from August 27, 2008, to, and including, September 16, 2008, in which to file its Reply to the Plaintiff's Response to Defendant's Motion to Dismiss. In support of this motion, Defendant states as follows:

1. On July 18, 2008 Defendant filed its Motion to Dismiss;

2. On August 18, 2008, the Plaintiff filed its Response to the Defendant's Motion to Dismiss;

3. Under the Court's Rules of Procedure, Defendant's Reply is due to be filed on August 27, 2008;

4. Before the Response was filed, counsel for Defendant had made plans to take annual leave from August 19th through August 22nd and took said leave;

5. Plaintiff's response is lengthy;

6. Once the draft of the Reply has been prepared it must be reviewed by agency counsel at the Department of the Interior and the Department of the Treasury;

7. Plaintiff's counsel, James C. McMillin, has authorized the undersigned to state that he does not oppose this motion for enlargement of time.

This is the Defendant's first request for an enlargement of time to file its Reply brief.

Dated this 25th day of August, 2008.

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General

*s/ James M. Upton*

JAMES M. UPTON
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0482
Fax: (202) 305-0506
E-mail: james.upton@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that on August 25, 2008, I electronically transmitted the foregoing **DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION UNDER 28 U.S.C. § 1500** to the Clerk of the Court, using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

James C. McMillin, Esq.
Tamara S. Pullin, Esq.
McAffee & Taft
10th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, Oklahoma 73102-7103

*s/ James M. Upton*
James M. Upton